IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONI MAHONEY, *personal representative of the Estate of Devin C.M. York, deceased,*

Plaintiff,

v.

Case No. 16-cv-1312 JPG

MONROE COUNTY, ILLINOIS, *et al.,*

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: December 16, 2019        **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**